UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RADER, | No. 2:19-cv-1265 AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

Plaintiff, a former Placer County detainee proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2021, plaintiff's complaint was screened, and he was given the option of either proceeding on the cognizable claims therein or amending the complaint. See ECF No. 12 at 8-11. Plaintiff has chosen to amend the complaint. See ECF Nos. 14-16.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a first amended complaint.

DATED: July 7, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE