UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RADER, | No. 2:19-cv-1265 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

Plaintiff, a former Placer County detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2021, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 22. Plaintiff has filed an objection to the findings and recommendations. ECF No. 23.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2021 (ECF No. 22), are ADOPTED in full, and

2. This case shall proceed against defendants Solbos and Wehe only, on single consolidated claim of using excessive force on July 12, 2018, in violation of plaintiff's Fourteenth Amendment rights, and all other putative claims and all other defendants are dismissed pursuant to 28 U.S.C. § 1915A.

Dated:  October 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

rade1265.804

2