UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RADER, | No. 2:19-cv-1265 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

Plaintiff, a former Auburn Main Jail detainee proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is plaintiff's motion to subpoena the Truckee Animal Shelter for documents related to its receipt of plaintiff's two dogs from the Placer County Sheriff's Office in June 2018. See ECF No. 19. Plaintiff states that the subpoena relates to Claim Sixteen of the first amended petition. See generally id.

On August 18, 2021, the undersigned determined that Claim Sixteen failed to state a claim upon which relief could be granted and recommended that it be dismissed. See ECF No. 22 at 9. The District Judge assigned to this action subsequently adopted the findings and recommendations. ECF No. 24. Discovery may not be had on a claim that has been dismissed without leave to amend.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's ex parte motion for a subpoena (ECF No. 19) is DENIED as moot.

DATED: November 16, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE