UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RADER, | No. 2:19-cv-1265 WBS AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

     Plaintiff, a former Placer County detainee proceeding pro se and in forma pauperis seeks relief pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     Plaintiff has filed a motion for subpoena.  ECF No. 30.  The motion asks that the Court order Defendants to produce a number of documents.  <u>See</u> generally <u>id.</u>

     Although Defendants Solbos and Wehe were ordered to be served (<u>see</u> ECF No. 28), they have yet to file waivers of service or make appearances in this case.  As a result, a discovery and scheduling order has not issued.  For these reasons, Plaintiff's motion for a subpoena will be denied as premature.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for subpoena (ECF No. 30) is DENIED as premature.

DATED: February 25, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE