
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RADER, | No. 2:19-cv-1265 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

Plaintiff, a former county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2022, plaintiff filed a notice of change of address. ECF No. 34. The address appears to be a residential one. As a result, plaintiff's continued in forma pauperis status must be considered.

A prisoner granted in forma pauperis status when he filed an action is not liable for the full amount of the filing fee upon release from prison. However, upon release from prison, he must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); see also Webb v. Lambert, No. CV 12-00041-H-DLC, 2012 WL 5931889, at *1 (D. Mont. Aug. 29, 2012) (citing DeBlasio). A released prisoner may proceed in forma pauperis upon satisfying the poverty

provisions applicable to non-prisoners.  McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff a copy of the court's application to proceed in forma pauperis for non-prisoners, and

2. Within thirty days of the date of this order, plaintiff must complete and file the non-prisoner in forma pauperis application in this court.

DATED: November 2, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE