1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JACOB RADER,                              No.  2:19-cv-1265 WBS AC P

12            Plaintiff,

13        v.                                    ORDER

14    COUNTY OF PLACER, et al.,

15            Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On March 21, 2025, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within twenty-one days.  ECF No. 70.  Neither

23    party filed objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27        1.  The findings and recommendations (ECF No. 70) are adopted in full; and

28        2.  Defendants' motion for summary judgment (ECF No. 61) and plaintiff's cross-motion

1

1   for summary judgment (ECF No. 66) are denied.

2   Dated:  May 30, 2025

3                                                    WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE
4

5

6

7

8   rade1265.801.jo

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28