UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RADAR, | No. 2:19-cv-1265 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a jury trial and trial date. ECF No. 73. The motion will be denied as unnecessary, because no motion is required for a trial to be scheduled at the appropriate time in the litigation. The docket for this case already reflects a demand for a jury trial. See ECF No. 47. Accordingly a jury trial will be scheduled in due course, if and when the case proceeds to the trial setting stage.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a jury trial and trial date (ECF NO. 73) is DENIED as unnecessary.

DATED: June 11, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE